```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01906
  GALDINO MARTINEZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-3747


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/29/08 and confirmed on 07/03/08.

     2.  The case was dismissed after confirmation, 10/31/2008.

     3.  The Debtor paid a total of $   3500.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                               PAID         PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORT    CURRENT MORTG           .00           .00          .00
WELLS FARGO HOME MORT    MORTGAGE ARRE           .00           .00          .00
HSBC MORTGAGE SERVICES   SECURED                 .00           .00          .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC       9000.00         85.00      1390.00
BY RITE FURNITURE & APPL SECURED             2326.58         15.57       384.43
HSBC                     UNSECURED          NOT FILED          .00          .00
CITIBANK                 UNSECURED          NOT FILED          .00          .00
CAPITAL ONE SERVICES INC UNSECURED          NOT FILED          .00          .00
FINGERHUT CREDIT ADVANTA UNSECURED          NOT FILED          .00          .00
LVNV FUNDING             UNSECURED          NOT FILED          .00          .00
PROVENA ST JOSEPH MEDICA UNSECURED          NOT FILED          .00          .00
SEARS BKRUPTCY RCVRY MGM UNSECURED          NOT FILED          .00          .00
HSBC MORTGAGE            UNSECURED           33690.86          .00          .00
CAPITAL ONE AUTO FINANCE UNSECURED            3297.56          .00          .00
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   11326.58        .00     36988.42          .00     48315.00
PRINCIPAL PAID        1774.43        .00          .00          .00      1774.43
INTEREST PAID          100.57        .00          .00          .00       100.57
TOTAL PAID            1875.00        .00          .00          .00      1875.00
The Debtor's attorney, JOSEPH WROBEL ESQ               , was allowed $    3500.00
and was paid $    450.00  direct and $   1421.99  through the plan.

The Trustee received $    203.01 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 01/14/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 08 B 01906 GALDINO MARTINEZ